No. 14–0252/AR. U.S. v. Lonzell J. Threats. CCA 20110187. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 6, 2014.

No. 14–0253/AR. U.S. v. Vincent P. Mallett. CCA 20111025. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 6, 2014.

No. 14–0254/AR. U.S. v. Jack A. Mickler. CCA 20110120. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 6, 2014.

No. 14–0255/MC. U.S. v. Steven V. Rosario. CCA 201200502. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 6, 2014.

No. 14–0256/AR. U.S. v. Jeffry T. Miller. CCA 20110406. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 6, 2014.

No. 14–0257/NA. U.S. v. Rory J. Mitchell. CCA 201200455. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 6, 2014.

Wednesday, December 18, 2013

No. 14–0169/AR. U.S. v. Anthony P. Villareal. CCA 20110738. On consideration of Appellant's motion to file matters pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), and motion to withdraw *Grostefon* matters, it is ordered that said motion to file matters pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), is hereby denied, and that said motion to withdraw *Grostefon* matters is hereby denied as moot.

No. 14–0262/AF. U.S. v. Alan J. Sia. CCA S32071. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 6, 2014.